**COM.**

v.

**JACKSON, R.**

**225 EDA 2017**

Superior Court of Pennsylvania.

07/31/2017

CP–23–CR–0001223–2012

(Delaware)

Affirmed—Application to Withdraw as Counsel Granted

**L.S.H., II**

v.

**P.J.B.-C.**

**373 EDA 2017**

Superior Court of Pennsylvania.

07/31/2017

2007–11143

(Delaware)

Vacated/Remanded

**IN the INTEREST OF: J.C., a Minor**

**654 EDA 2017**

Superior Court of Pennsylvania.

07/31/2017

CP–51–AP–0001308–2016, CP–51–DP–0000932–2016 (Philadelphia)

Affirmed

**COM.**

v.

**ROBERTS, K.**

**966 MDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–22–CR–0005992–2015

(Dauphin)

Vacated/Remanded

**COM.**

v.

**HARE, V., III**

**994 MDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–49–CR–0001359–2014 (Northumberland)

Reversed/Remanded

